JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOE MUNTANER,<br><br>              Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>              Defendant. | Case No. CV 15-8480 DMG (PLAx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment [Doc. # 36], filed on October 21, 2016, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Target Corporation, and against Plaintiff Zoe Muntaner.

DATED: October 25, 2016

                                                          DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE