**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ZOE MUNTANER,<br><br>           Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION; and DOES 1-100, Inclusive,<br><br>           Defendant. | Case No. CV 15-8480-DMG (PLAx)<br><br>**AMENDED JUDGMENT [43]** |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment [Doc. # 36], filed on October 21, 2016, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Target Corporation, and against Plaintiff Zoe Muntaner.  IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED that Defendant Target Corporation shall be entitled to recover costs against Plaintiff Zoe Muntaner in the amount of *$5,450.03*, pursuant to this Court's granting of Defendant Target Corporation's unopposed Application to the Clerk to Tax Costs [Doc. #42].

DATED: January 10, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE